924

No. 1061, Misc. GENERAL SANI-CAN MANUFACTUR-
ING CORP. *v.* UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS ET AL. Motion for
leave to file petition for writ of mandamus denied.
*Morris Kirschstein* for petitioner. *Fred S. Lockwood*
for respondents.

No. 824. ABBOTT LABORATORIES ET AL. *v.* GARDNER,
SECRETARY OF HEALTH, EDUCATION AND WELFARE, ET AL.
C. A. 3d Cir. Certiorari granted. *Gerhard A. Gesell,
Stanley L. Temko, Lloyd N. Cutler, Marshall Horn-
blower, C. Joseph Stetler, Alexander L. Nichols* and *Wil-
liam S. Megonigal, Jr.,* for petitioners. *Solicitor General
Marshall, Assistant Attorney General Vinson, Beatrice
Rosenberg* and *William W. Goodrich* for respondents.

No. 870. UNITED GAS PIPE LINE CO. *v.* FEDERAL
POWER COMMISSION ET AL. C. A. 5th Cir. Certiorari
granted. *Vernon W. Woods* and *Saunders Gregg* for
petitioner. *Solicitor General Marshall, Richard A. Sol-
omon* and *Howard E. Wahrenbrock* for the Federal
Power Commission, and *Lloyd F. Thanhouser* and *Bruce
R. Merrill* for Continental Oil Co., respondents.

No. 921. HOWARD *v.* KENTUCKY. Ct. App. Ky.
Certiorari granted. *John Y. Brown* for petitioner. *Rob-
ert Matthews,* Attorney General of Kentucky, and
*Charles W. Runyan,* Assistant Attorney General, for
respondent.